District Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE HONOR RICH, | Case No. 2:20-cv-813-JLR |
| Plaintiff, | STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | **Noted for Consideration:** **July 1, 2020** |
| Defendant. | |

## **JOINT STIPULATION**

The parties here by jointly STIPULATE AND AGREE to extend the following deadline to allow for potential resolution of the litigation without motion practice:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Defendant's Response to the Complaint | July 6, 2020 | August 5, 2020 |

//

//

**SO STIPULATED**.

Dated this 1st day of July, 2020.

                                             s/ *Greg McLawsen*
                                             GREG MCLAWSEN, WSBA # 41870
                                             Sound Immigration
                                             113 Cherry St. ECM# 45921
                                             Seattle, WA  98104-2205
                                             Phone: 855-809-5115
                                             Email: greg@soundimmigration.com

                                             Attorneys for Plaintiff

                                             s/ *Michelle R. Lambert*
                                             MICHELLE R. LAMBERT, NY # 4666657
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             700 Stewart Street, Suite 5220
                                             Seattle, Washington 98101-1271
                                             Phone:  206-553-7970
                                             Fax:  206-553-4067
                                             Email:  michelle.lambert@usdoj.gov

                                                       **ORDER**

**IT IS SO ORDERED**.

Dated this  3rd  day of July 2020.

                                             *[signature]*
                                             JAMES L. ROBART
                                             United States District Judge