District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE HONOR RICH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 2:20-cv-813-JLR<br><br>SECOND STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER<br><br>**Noted for Consideration:**<br>**July 1, 2020** |

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE to extend the following deadline to allow for potential resolution of the litigation without motion practice:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Defendant's Response to the Complaint | August 5, 2020 | August 19, 2020 |

**SO STIPULATED**.

Dated this 4th day of August, 2020.

                    s/ *Greg McLawsen*
GREG MCLAWSEN, WSBA # 41870
Sound Immigration
113 Cherry St. ECM# 45921
Seattle, WA  98104-2205
Phone: 855-809-5115
Email: greg@soundimmigration.com

Attorneys for Plaintiff

                    s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  michelle.lambert@usdoj.gov

**ORDER**

**IT IS SO ORDERED**.

Dated this  5th  day of August 2020.

                    *[signature]*
JAMES L. ROBART
United States District Judge