District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE HONOR RICH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 2:20-cv-813-JLR<br><br>BRIEFING SCHEDULE FOR PLAINTIFF'S FEES AND COSTS CLAIM<br><br>**Noted for Consideration:**<br>**September 17, 2020** |

Plaintiff KATHERINE HONOR RICH and Defendant U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS") hereby provide the Court with a proposed briefing schedule for Plaintiff's only remaining claim of attorneys' fees and costs in lieu of the Joint Status Report and Discovery Plan ("JSR") ordered by the Court on August 14, 2020. Since the Court's order, the parties agree that all of Plaintiff's claims except for her claim for fees and costs pursuant to the Freedom of Information Act ("FOIA") have been resolved. The parties have been unable to resolve this remaining claim. The parties further agree that this claim can be presented to the Court by motion without the need for discovery. Accordingly, in lieu of a JSR, the parties propose the following briefing schedule for Plaintiffs' motion for attorneys' fees and costs pursuant to FOIA:

BRIEFING SCHEDULE 2:20-cv-813-
JLR- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| **Filing** | **Deadline** |
|---|---|
| Plaintiffs' motion for attorneys' fees and costs | October 16, 2020 |
| USCIS's response to the motion | November 9, 2020 |
| Plaintiffs' reply in support of the motion | November 13, 2020 |

**SO STIPULATED**.

Dated this 17th day of September, 2020.

s/ *Greg McLawsen*
GREG MCLAWSEN, WSBA # 41870
Sound Immigration
113 Cherry St. ECM# 45921
Seattle, WA  98104-2205
Phone: 855-809-5115
Email: greg@soundimmigration.com

*Attorneys for Plaintiff*


s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendant*

**ORDER**

1
2   **IT IS SO ORDERED**.
3
4   Dated this 18th day of September 2020.
5
6
7   _____
    JAMES L. ROBART
8   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRIEFING SCHEDULE 2:20-cv-813-
JLR- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970